IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KAREN SEAMAN, individually, and as** : | **CIVIL ACTION** |
| **Guardian on behalf of C.S. and J.S.,** : | |
| **Plaintiff,** : | |
| : | |
| **v.** : | |
| : | |
| **CAROLYN W. COLVIN,** : | |
| **Commissioner of Social Security,** : | **NO. 13-6479** |
| **Defendant.** : | |

**J U D G M E N T**

**AND NOW**, this 31st day of August, 2015, upon consideration of Plaintiff's brief in support of her request for review (ECF Document 41), the Response thereto (Document 22), the parties' respective reply briefs (Docs. 45 & 46), and the parties' Stipulated Facts (Doc. 40), and following oral argument on April 22, 2015, for reasons provided in the accompanying Memorandum, it is hereby **ORDERED** that **JUDGMENT** is entered **AFFIRMING** the final decision of the Commissioner of Social Security denying plaintiff social security benefits.

BY THE COURT:

s/ L. Felipe Restrepo
L. FELIPE RESTREPO
UNITED STATES DISTRICT JUDGE